"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                        Plaintiff,    )<br>                                                      )<br>vs.                                              )<br>                                                      )<br>KANEEZ ZEHRA ZAIDI,              )<br>                        Defendant.  )<br>_____) | Case No.: SA 09-118M<br><br>ORDER OF DETENTION |

**I.**

A.   ( )   On motion of the Government in a case allegedly involving:

    1.   ( )   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   (X)   On motion by the Government/( ) on Court's own motion, in a case
2            allegedly involving:
3       (X)   On the further allegation by the Government of:
4            1.   (X)   a serious risk that the defendant will flee.
5            2.   ( )   a serious risk that the defendant will:
6                 a.   ( )   obstruct or attempt to obstruct justice.
7                 b.   ( )   threaten, injure or intimidate a prospective witness or
8                      juror, or attempt to do so.
9  C.   The Government ( ) is/(X) is not entitled to a rebuttable presumption that no
10      condition or combination of conditions will reasonably assure the defendant's
11      appearance as required and the safety or any person or the community.
12
13                                        **II.**
14 A.   (X)   The Court finds that no condition or combination of conditions will
15            reasonably assure:
16      1.    (X)   the appearance of the defendant as required.
17            (X)   and/or
18      2.    (X)   the safety of any person or the community.
19 B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence
20            to the contrary the presumption provided by statute.
21
22                                        **III.**
23      The Court has considered:
24 A.   (X)   the nature and circumstances of the offense(s) charged, including whether
25            the offense is a crime of violence, a Federal crime of terrorism, or involves
26            a minor victim or a controlled substance, firearm, explosive, or destructive
27            device;
28 B.   (X)   the weight of evidence against the defendant;

1    C.    (X)    the history and characteristics of the defendant; and
2    D.    (X)    the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk: Defendant's own mother will not agree to act as a surety or post any collateral for an appearance bond, and Defendant does not have sufficient bail resources to secure her own release.

B.    (X)    As to danger: The nature of the charged offense combined with Defendant's extensive criminal history, that includes being charged with crimes of violence, and being the subject of an active 2/28/07 restraining order issued by the Orange County Superior Court forbidding Defendant from having any contact with her father.

### VI.

A.    ( )    The Court finds that a serious risk exists the defendant will:
     1.    ( )    obstruct or attempt to obstruct justice.
     2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

1  A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

2  B. IT IS FURTHER ORDERED that the defendant be committed to the custody of
3     the Attorney General for confinement in a corrections facility separate, to the
4     extent practicable, from persons awaiting or serving sentences or being held in
5     custody pending appeal.

6  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
7     opportunity for private consultation with counsel.

8  D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on
9     request of any attorney for the Government, the person in charge of the
10    corrections facility in which defendant is confined deliver the defendant to a
11    United States marshal for the purpose of an appearance in connection with a court
12    proceeding.

14  Dated: March 18, 2009

            /s/   Arthur Nakazato
            ARTHUR NAKAZATO
            UNITED STATES MAGISTRATE JUDGE